EXHIBIT A

RICHARD ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone:  (408) 289-1776
Facsimile:  (408) 287-1776
**Attorneys for Plaintiff(s)**

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA  95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105-3441
Telephone:  (314) 480-1500
Facsimile:  (314) 480-1505
**Attorneys for Defendant Olin Corporation**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| MARVIN RABY AND INEZ RABY, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>OLIN CORPORATION, et al., )<br>)<br>Defendants. )<br>) | Case No.:  C 03-02033 RMW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFFS MARVIN RABY AND INEZ RABY** |

    Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs Marvin Raby and Inez Raby  and

Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P.

41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiffs Marvin

---

2057179.01
**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs
Marvin Raby and Inez Raby  - 1**

1  Raby and Inez Raby as to defendant Olin Corporation. All parties to bear their own costs
2  and legal fees incurred to date in this action.
3  Dated:  8/4/05
4
5              Respectfully submitted,
6
7              ALEXANDER, HAWES & AUDET, LLP
8
               By: _____
9                  RICHARD D ALEXANDER, Cal. Bar #48432
                   JEFFREY W/ RICKARD, Cal. Bar #125180
10                 RYAN M. HAGAN, Cal Bar #200850
                   152 North Third Street, Suite 600
11                 San Jose, CA 95112
                   Telephone:  (408) 289-1776
12                 Facsimile:  (408) 287-1776
13             Attorneys for Plaintiffs Marvin Raby and Inez Raby
14
15             HUSCH & EPPENBERGER, LLC
16
               By:    /s/ Carol A. Rutter
17                 THOMAS M. CARNEY, admitted *pro hac vice*
                   CAROL A. RUTTER, admitted *pro hac vice*
18                 190 Carondelet Plaza, Suite 600
                   St. Louis, MO  63105-3441
19                 Telephone:  (314) 480-1500
                   Facsimile:  (314) 480-1505
20
                   RANDALL C. CREECH, Cal. Bar #65542
21                 CREECH, LIEBOW & KRAUS
                   333 West San Carlos Street
22                 Suite 1600
                   San Jose, CA  95110
23                 Telephone:  (408) 993-9911
                   Facsimile:  (408) 993-1335
24
25             Attorneys for Defendant Olin Corporation
26
27
28

2057179.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Marvin Raby and Inez Raby - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| MARVIN RABY AND INEZ RABY, <br><br> Plaintiffs, <br><br> v. <br><br> OLIN CORPORATION, et al., <br><br> Defendants. | Case No.: C 03-02033 RMW <br><br> **ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS MARVIN RABY AND INEZ RABY** |

THIS MATTER coming on the motion of Plaintiffs Marvin Raby and Inez Raby and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiffs Marvin Raby and Inez Raby's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005        _Ronald M. Whyte_

2057179.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Marvin Raby and Inez Raby - 3**